UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDWARD THOMPSON,

    Plaintiff,

v.

Case No. 20-cv-10727
Hon. Matthew F. Leitman

LISA O. GORCYCA, *et al.*,

    Defendants.
_____/

# JUDGMENT

The above entitled action came before the Court on Plaintiff's First Amended Complaint. In accordance with the Order entered on this day:

**IT IS ORDERED AND ADJUDGED** that Plaintiff's First Amended Complaint is **DISMISSED**.

KINIKIA ESSIX
CLERK OF COURT

By:   s/Holly A. Monda
       Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: September 16, 2021
Flint, Michigan