UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDWARD THOMPSON,

     Plaintiff,

                                 Case No. 20-cv-10727

v.                                Hon. Matthew F. Leitman

LISA O. GORCYCA, *et al.*,

     Defendants.

_____/

## ORDER DENYING PLAINTIFF'S
## MOTION FOR RECONSIDERATION (ECF No. 44)

On September 16, 2021, the Court issued an order that (1) overruled Plaintiff Edward Thompson's objections (ECF No. 35) to the Magistrate Judge's report and recommendation (ECF No. 33); (2) dismissed Thompson's First Amended Complaint (ECF No. 9) for lack of subject-matter jurisdiction; (3) vacated the Clerk's entry of default (ECF No. 27) against Defendant Jennifer Paine; (4) terminated Thompson's motion for a default judgment (ECF No. 37) as moot; and (5) terminated Thompson's motion for a temporary restraining order and/or permanent injunction (ECF No. 39) as moot. (*See* Order, ECF No. 41.) Thompson has now moved for reconsideration. (*See* Mot., ECF No. 44.[1]) The Court has

---

[1] Thompson filed two identical copies of his motion for reconsideration. (*See* ECF Nos. 43, 44.) This order applies to both filings.

1

carefully reviewed Thompson's motion and concludes that he is not entitled to relief because he has not shown that the Court committed any error.   Accordingly, Thompson's motion for reconsideration is **DENIED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  October 7, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 7, 2021, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764

2